

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-21-00040-CV
07-21-00041-CV
07-21-00042-CV

## IN THE INTEREST OF I.E., M.E.; D.R., L.R.; H.T.D., CHILDREN

On Appeal from the 108th & 320th District Courts
Potter County, Texas
Trial Court Nos. 93946-E-FM, 75729-00-D, 77615-E, Honorable Carry Baker, Presiding

April 9, 2021

## ORDER

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Before the Court are the following appeals arising in three termination of parental rights cases: 07-21-00040-CV, *In re I.E. and M.E.,* Appellants are Mother and Father; 07-21-00041-CV, *In re L.R. and D.R.,* Appellant is Mother; and 07-21-00042-CV, *In re H.T.D.,* Appellant is Mother.[1]  Appellee is the Texas Department of Family and Protective

---

[1] To protect the parties' privacy, we refer to the appellant parents as Mother and Father and the children by their initials.  *See* TEX. FAM. CODE ANN. § 109.002(d) (West Supp. 2020); TEX. R. APP. P. 9.8(b).

Services.  In the trial court, the cases were consolidated for final hearing before the associate judge.

Because these appeals involve common issues of fact and law, and in the interest of judicial economy, we consolidate the appeals for briefing in the following manner: Mother shall file a single appellant's brief concerning case numbers: 07-21-00040-CV, 07-21-00041-CV, and 07-21-00042-CV.  Through a single brief, the Department shall respond to Mother's brief and Father's brief.  Should Mother wish to file a reply brief, she shall address all matters in reply through a single brief.  Father will file an appellant's brief and may file a timely reply brief if he chooses.

The reporter's record was filed March 31, 2021.  Mother's and Father's appellate briefs shall be filed with the Clerk of the Court on or before Thursday, April 29, 2021.

It is so ordered.

Per Curiam